Charles William LEVY, Plaintiff—
Appellant,

v.

Jean JENSEN, Secretary of the Commonwealth of Virginia State Board of Elections, Defendant—Appellee.

No. 03-2367.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2004.

Decided: March 30, 2004.

Charles William Levy, Appellant pro se.

James Walter Hopper, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals the district court's orders denying relief on his action challenging Virginia's ballot restriction limiting a candidate to two offices,

---

Va.Code Ann. §§ 24.2–504, 24.2–525 (Michie 2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Levy v. Jensen,* No. CA–03–763–A (E.D. Va. Sept. 27, 2003; Oct. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*